**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MANUEL FELIZ,

                Plaintiff,                        22 **CIVIL** 2092 (SN)

      -v-                                     **JUDGMENT**

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated January 31, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          February 1, 2023

                                                                **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**

                              **BY:**          *K. Mango*

                                                          _____
                                                           **Deputy Clerk**